will hear finally uh... the argument in continental industries group eighteen one two three nine morning your honors michael conway opit kerman PA for the plaintiff appellant if i may i'd like to uh... start with a brief timeline of how we got here because you'll see from the papers we really feel like we were blindsided here this case originally was filed in state court it was removed by counsel for the defendant it was then uh... subject to a motion to dismiss on jurisdiction grounds defendant waived the right to attack the allegations uh... on any sort of twelve B six uh... basis he uh... was successful in that uh... through counsel we appealed that decision on uh... the dismissal on lack of jurisdiction to this court this court heard the appeal uh... remanded it uh... based on conclusion that there was error uh... we then went to work on trying to begin discovery we had a pretrial conference uh... at that point the defendant had fired his counsel uh... the defendant in touch with her by email she took the extraordinary steps of trying to talk to him by email he responded to her by email saying he's waiving his rights to appear in the defendant's case uh... i made sure by going to his counsel that this is true his counsel said yes uh... we then made a motion for default judgment judge torres granted the motion for default judgment and her judgment on liability and ordered an inquest on damages it was a default judgment that was entered not a notice of default right? correct and uh... at that point uh... we were told uh... in a scheduling order by master judge that there would be no inquest on damages that we were just to file a report and uh... uh... findings of fact and conclusions of law on the issue of damages not on liability the response was that we had actually uh... given evidence of damages in specific amounts uh... but that he was not going to uh... recommend anything other than dismissal because he didn't find the complaint sufficiently alleged the allegations uh... that we were uh... charging the defendant with we uh... objected on the grounds that we're here on appeal on uh... judge torres uh... invited us to uh... point to the record uh... we did specifically pointed all the factual aspects of the record uh... not just in the complaint which was to be taken in the light most favorable to us especially since judgment had already been granted on liability but also the transcript where i was able to uh... get testimony from the defendant in the state court case below where he admitted to the various things that were in the complaint uh... including the fiduciary duty including uh... various aspects of uh... uh... each and every claim uh... i can point to the record if there are any questions on that but the bottom line is at that point judge torres simply said i adopt the recommendations of the magistrate judge in in full dismiss the case and we're here now in front of you again uh... what's the what's the problem well the real problem here is one we point out in our papers that we did provide adequate allegations to support the liability but and we do believe the magistrate uh... over uh... reached because the magistrate was not charged with finding anything about liability but only uh... it was uh... charged with finding what the damages were isn't any harm or prejudice obviated by the fact that you got to be heard on uh... objections by the district court but we weren't your honor and and and that was another troubling matter here uh... we we actually asked judge torres for the right to bring on uh... uh... evidence and testimony and evidence you're hearing if that's what if if there was a question about the liability the issue would have been whether the complaint was enough to state a claim or if you wanted to amend you could have moved to amend but the judge wouldn't have held a hearing or anything like that it was whether or not the complaint stated a claim  this was an inquest on damages i know and you're saying the error by the magistrate judge was that the magistrate judge considered the sufficiency of the complaint when he or she shouldn't have but you had the chance to argue to judge torres this complaint is sufficient we did have well we didn't have a full opportunity we never got our inquest that we requested we didn't have an opportunity to say let it your concern here is that your complaint you're out of court because your complaint was found deficient your honor in a normal course you would get an opportunity to amend or at least request the opportunity to amend once judgment's been entered on liability we didn't have the right to say we want to put in an amended complaint the complaint had already been adjudicated once the magistrate judge was going to throw the complaint out you got to say to judge torres the complaint is sufficient or we want to move to amend right? right and we certainly in our in our uh... conclusory statement said you know if there's any question about liability let us prove it up so you had the opportunity we didn't get the opportunity because she said no she said no we're not going to let you file an amended complaint or come in and show me why there's evidence here but we did put the evidence we highlighted the evidence in the record for her anyway you mean in the pleading? in in the objection that we filed and we and and she ignored that instead of doing it as an over review she ignored that the evidence shows clearly that there is sufficient evidence but uh... if there was any question we should have gotten the right to replead i mean let's face it if if if the message here is that all you have to do to win is not show up nobody's ever going to show up in court and the plaintiff will always lose i mean our client was was one the defendant was given every opportunity the defendant showed up the defendant had counsel the defendant was contacted by the judge said please show up didn't show up i waived my right to defend everything was then should have been found against him and was in the default judgment and yet somehow that was all ignored and we were found not to have made a case when we were told we were proving up damages thank you very much will reserve decision court is adjourned